**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-8053**

KEVIN S. JACKSON,

                    Petitioner – Appellant,

          v.

CIRCUIT COURT FOR HOWARD COUNTY,

                    Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Richard D. Bennett, District Judge. (1:13-cv-03219-RDB)

Submitted:  April 24, 2014          Decided:  April 28, 2014

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin S. Jackson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Jackson appeals the district court's order denying his request for mandamus relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jackson v. Cir. Ct. of Howard Cnty., No. 1:13-cv-03219-RDB (D. Md. Nov. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED